UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **KAREN E. EMORY,** | : | VIOLATION:  18 U.S.C. §1361 |
| **Defendant.** | : | (Willfully Injuring or Committing Any |
| | : | Depredation Against Any Property of the |
| | : | United States) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about November 2, 2007, within the District of Columbia, the defendant, **KAREN E. EMORY**, willfully and by means of fire, did injure and commit a depredation against property of the United States, specifically, toilet roll dispensers and toilet tissue under the control of the Architect of the Capitol, and the resulting damage did not exceed $1000.00.

**(Willfully Injuring or Committing Any Depredation Against Property of the United States**, in violation of Title 18, United States Code, Section 1361)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.