UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA :
:
v. : Criminal No.: 07-334 (RMU)
:
: **FILED**
KAREN E. EMORY, :
: DEC 1 1 2007
Defendant. :
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

The defendant, Karen E. Emory, having been indicted for Willfully Injuring or Committing Any Depredation Against Property of the United States, in violation of 18 U.S.C. §1361,

It is this 11th day of December, 2007,

ORDERED that, on or before close of business on December 20, 2007, the defendant, Karen E. Emory, accompany a Special Agent in the United States Capitol Police Criminal Investigation Division to a location specified by such agent, for the purpose of booking, fingerprinting, photographing and processing in connection with the violation of 18 U.S.C. §1361, and that the defendant be released upon completion of the booking procedures.

_____
RICARDO M. URBINA
United States District Judge