**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEC 1 7 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

UNITED STATES OF AMERICA　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　:　　Criminal Action No.:  07-0334 (RMU)
　　　　　　　　　　　　　　　　:
KAREN E. EMORY,　　　　　　　　 :
　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.　　　　　:

## C R I M I N A L   S C H E D U L I N G   O R D E R[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is

this __17__ day of December 2007,

**ORDERED** that the parties file all:

Pretrial Motions\Notices　　on or before ___Jan. 7th 2008___ ;

Oppositions　　　　　　　　 on or before ___Jan 14, 2008___ ; and

Replies　　　　　　　　　　 on or before ___Jan. 21 2008___ ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference　on ___Jan. 7th 2008___ , at ___10.Am___ ; and

A motions hearing　　　　　　 on ___Feb. 14 2008___ , at ___10 Am___ ;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing

Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　Ricardo M.
　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　United States District Judge

---

[1]  Revised January 2005.