NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

**FILED**

DEC 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
                            )
              vs.           )   Criminal No. 07-0334
                            )
                            )
_Karen E. Emory_            )
      **Defendant**

To: Nancy Mayer-Whittington, Clerk

You are hereby notified that I appear for the defendant indicated in the above entitled action.

I am appearing in this action as:        (Please check one)

☐ CJA            ☑ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

_Ronald M___
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Ronald C. Machen  #447889
(Attorney's Name and Bar ID Number)

WilmerHale
(Firm Name)

1875 Penn. Ave
(Street Address)

Washington      DC
(City)          (State)      (Zip)

Telephone No: 202-663-6881