UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
         v.                     :        CRIMINAL NO. 07-334 (RMU)
                                :
KAREN E. EMORY,                 :
                                :
              Defendant.        :

GOVERNMENT'S MOTION FOR AN ORDER
DIRECTING THE DEFENDANT TO
SUBMIT TO THE TAKING OF HANDWRITING EXEMPLARS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court for an Order directing the defendant to submit to the taking of handwriting exemplars. In support of this motion, the United States states as follows:

1.    The defendant currently is charged with destroying government property by setting a fire in a women's restroom located in a Senate office building. Minutes after the fire was discovered, U.S. Capitol Police officers were directed to check all restrooms in the Senate office buildings for evidence of any additional fires. In one of those restroom checks, an officer found a prayer handwritten on a roll of toilet paper, which evidence was recovered.

2.    The government requests that the Court order the defendant to provide handwriting exemplars to law enforcement agents so that a handwriting expert can compare the defendant's handwriting to the handwriting on the aforementioned evidence. It is well settled that the Court has the authority to order a defendant to produce her body for the purpose of obtaining such handwriting exemplars. *Gilbert v. California*, 388 U.S. 263, 265-7 (1967). *See also, Lewis v. United States*, 382 F.2d 817 (D.C. Cir.), *cert. denied*, 389 U.S. 962 (1967).

WHEREFORE, the United States moves this Court for an Order directing the defendant to submit to the taking of handwriting exemplars by a Special Agent of the United States Capitol Police Criminal Investigation Division.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 514-7273
Angela.Schmidt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
        v.                        :        CRIMINAL NO. 07-334 (RMU)
                                  :
KAREN E. EMORY,                   :
                                  :
            Defendant.            :

**O R D E R**

Upon motion of the government in the above-captioned case for the defendant to submit to

the taking of handwriting exemplars, and the Court having given consideration to the representations

made and the authorities cited, it is hereby ORDERED:

That the defendant, Karen E. Emory, submit to the taking of handwriting exemplars by a

Special Agent of the United States Capitol Police Criminal Investigation Division upon request at

any reasonable time at such place as the Special Agent designates.  Defense counsel may observe

the taking of the exemplars.


Dated: _____          _____
                                        RICARDO M. URBINA
                                        United States District Court Judge