UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-0334 (RMU)
:
KAREN E. EMORY, :
:
Defendant. :

**ORDER**

It is this 7th day of January 2008,

**FILED**
JAN - 7 2008
Clerk, U.S. District and
Bankruptcy Courts

**ORDERED** that this case be set for:

A pretrial conference/motions hearing on Tuesday, March 11, 2008, at 11:00 a.m.;

Jury selection on Friday, March 14, 2008, at 10:00 a.m.; and

Trial on Monday, March 17, 2008, at 10:00 a.m.;

and it is

**FURTHER ORDERED** that in preparation for the pretrial conference, counsel review the Joint Pretrial Statement exemplar described in the court's Standing Order issued in this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge