UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-0334 (RMU) |
| | : | |
| KAREN E. EMORY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**FILED**
**FEB 2 5 2008**
Clerk, U.S. District and
Bankruptcy Courts

It is this 22nd day of February 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on **Thursday, February 28, 2008** at **3:15 pm**; and it is

**FURTHER ORDERED** that the briefing schedule in this case is terminated.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge