UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : Criminal No. 07-334 (RMU) <br> : <br> KAREN E. EMORY, : <br> : <br> Defendant. : | **FILED** <br> FEB 2 8 2008 <br> Clerk, U.S. District and <br> Bankruptcy Courts |

### ORDER

Having considered the parties' Joint *oral* Motion for Approval of Deferred Prosecution Agreement and Exclusion of Time under the Speedy Trial Act and having concluded that the proposed Deferred Prosecution Agreement will allow defendant to demonstrate good conduct, the Court hereby approves the Deferred Prosecution Agreement. Accordingly, it is:

ORDERED that prosecution of defendant on the charge in the Indictment in this case be deferred for a period of twelve (12) months; and

FURTHER ORDERED that, pursuant to 18 U.S.C. § 3161(h)(2), twelve (12) months be excluded in computing the time within which trial must commence on the charge in the Indictment.

Date: 2-28-08

RICARDO M. URBINA
United States District Judge