UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 28 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-334 (RMU) |
| KAREN E. EMORY, | : |
| Defendant. | : |

## STATEMENT OF FACTS
## IN SUPPORT OF A DEFERRED PROSECUTION AGREEMENT

The defendant, Karen E. Emory, acknowledges that on November 2, 2007, within the District of Columbia, she willfully destroyed property of the United States, specifically, toilet roll dispensers and toilet tissue under the control of the Architect of the Capitol, resulting in damages less that $1000.

**Defendant's Acceptance**

I have read this Statement of Facts in Support of a Deferred Prosecution Agreement and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Facts and all matters relating to it. I fully understand this Statement of Facts and voluntarily agree that it is accurate. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Facts fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

2/25/08
Date

_Karen Emory_
Karen E. Emory

**Defense Counsel's Acknowledgment**

I am Karen E. Emory's attorney. I have reviewed every part of this Statement of Facts in Support of a Deferred Prosecution Agreement with her. It accurately and completely sets forth the Statement of Facts agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

2/25/08
Date

Ronald Machen, Esq.