UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :     Criminal Action No.: 07-0334 (RMU)
                                 :
KAREN E. EMORY,                  :
                                 :
            Defendant.           :

**ORDER**

It is this 28 day of February 2008, hereby

ORDERED a status hearing in the above-captioned case shall take place on March 2, 2009 at 9:45.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

**FILED**

FEB 28 2008

Clerk, U.S. District and
Bankruptcy Courts